UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　Lester Lark, Jr<br>　Carol Lark<br><br>　　　　　　　　　Debtors | CASE NO: 15-31634<br>　　(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

**WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS FOR MATERIAL DEFAULT**
**(DOCKET NUMBER: 31)**

The Chapter 13 Trustee withdraws the TRUSTEE'S MOTION TO DISMISS FOR MATERIAL DEFAULT filed on or about NOVEMBER 25, 2015. The Trustee has received information that has satisfied his concerns.

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

# CERTIFICATE OF SERVICE

15-31634

I hereby certify that on January 26, 2016, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

And on the following by ordinary U.S. Mail, on January 26, 2016:

Lester Lark, Jr
Carol Lark
417 Durning Street
Dayton, OH  45417

(44.1n)
OHIO DEPT OF TAXATION
% RAYMOND J PIKNA JR
600 VINE ST STE 2500
CINCINNATI, OH  45202

1531634_77_20160125_1016_298/T294_ss
###