**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: January 26, 2016**

___

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Re: Lester Lark, Jr. and Carol Lark | : | Case No. 15-31634 |
| | | Judge Lawrence Walter |
| | : | |
| Debtors | | CHAPTER 13 |
| | : | |

**ORDER CONFIRMING MODIFICATION OF PLAN AFTER CONFIRMATION**

This matter having come before the Court in respect to a modification filed December 23, 2015, (Document #36) of the Chapter 13 Plan confirmed herein on September 27, 2015 the Court finds that there has been no timely objection filed against the modified plan and that the modified plan complies with the provisions of Chapter 13 of Title 11 U.S.C. and other applicable provisions of that title; that if the plan provides for payments over a period longer than 36 months that good cause has been shown for such longer period of time, and that the modification of the plan should be confirmed.

It is therefore ORDERED that the modification is hereby confirmed.

**Copies to: Default List plus additional parties:**

**Montgomery County Treasurer
451 W. Third Street
Dayton, OH 45422**

###

United States Bankruptcy Court
Southern District of Ohio

In re:  
Lester Lark, Jr  
Carol Lark  
     Debtors

Case No. 15-31634-lsw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0648-3     User: branigan     Page 1 of 1     Date Rcvd: Jan 27, 2016  
                        Form ID: pdf01     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2016.  
db/jdb         +Lester Lark, Jr,  Carol Lark,  417 Durning Street,  Dayton, OH 45417-3968  
17621162       +Montgomery County Treasurer,  451 W Third Street,  Dayton, OH 45422-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2016 at the address(es) listed below:  
         Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov  
         Eric A Stamps    on behalf of Debtor Lester  Lark, Jr stampslaweric@hotmail.com  
         Eric A Stamps    on behalf of Joint Debtor Carol  Lark stampslaweric@hotmail.com  
         Jeffrey M Kellner    ecfclerk@dayton13.com, onelook@dayton13.com  
         Raymond J Pikna, Jr    on behalf of Creditor    Ohio Department of Taxation rjpikna@woodlamping.com, jlhamilton@woodlamping.com  
                                                                                                                                 TOTAL: 5