

**CAROLYN RICE**
Montgomery County Treasurer
451 West Third Street
Dayton, Ohio 45422-1475

www.mcohio.org

FILED
2018 MAR -8 AM 11: 19
RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO

937/225-4010
Fax 937/496-7122

www.mctreas.org

March 6, 2018

Jeffrey M. Kellner, Chapter 13 Trustee
131 North Ludlow Street, Suite 900
Dayton, Ohio 45402-1161

Re: Lester Lark, Jr. and Carol Lark     Case #15-31634     Parcel #R72 10408 0013

Dear Sir:

Please be advised that the owners of the above listed parcel have entered into a payment plan with our office therefore I am withdrawing the recent proof of claim dated 1-18-18 in the amount of $3466.48 filed by this office. You may therefore discontinue further consideration of this claim. If you have any questions, please contact me at 937-225-*4012.

Sincerely,

Maryjane Lovely
Bankruptcy Department